United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMR MOHSEN,

      Plaintiff,

    v.

JOEL MOSS, et al.,

      Defendants.
_____/

No. C-09-01426 CRB (DMR) **(PR)**

**NOTICE OF REFERENCE AND ORDER SETTING BRIEFING SCHEDULE AND VACATING DISCOVERY HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above matter has been referred to Magistrate Judge Donna M. Ryu for resolution of Plaintiff's Motion for Leave for Court Order to Modify Protective Orders to Allow Access to Documents in Underlying Civil Actions (docket # 31), and all other discovery requests and disputes. (Docket # 34.) Non-party United States Patent and Trademark Office has filed a motion to quash subpoena noticed for hearing on August 9, 2012 (docket # 37). The court hereby **VACATES** the August 9, 2012 motion hearing. The briefing deadlines on the motion to quash are set as follows: any opposition must be filed by July 27, 2012; replies must be filed by August 10, 2012. The court will decide the pending discovery matters on the papers, including Plaintiff's renoticed ex parte Motion for Leave for Court Order to Modify Protective Orders (docket # 36) and ex parte Motion for Leave for Court Order to issue subpoenas duces tecum (docket # 39).


United States District Court
For the Northern District of California

Parties shall comply with the Federal Rules of Civil Procedure and the Northern District of California's Local Rules, General Orders, and Standing Orders, which are available at http://www.cand.uscourts.gov. Failure to comply with any of the rules or orders may be a ground for sanctions.

IT IS SO ORDERED.

Dated: July 11, 2012

DONNA M. RYU
United States Magistrate Judge