UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. 03-0095 WBS |
| Plaintiff, | No. CV. 09-1426 CRB |
| v. | |
| AMR MOHSEN, | <u>ORDER RE: UNITED STATES' ADMINISTRATIVE MOTION TO RELATE CASES</u> |
| Defendant. | |

----oo0oo----

Presently before the court is the administrative motion of the United States to consider whether the above captioned cases should be related. (Case No. 3:03-cr-00095 WBS, Docket No. 835; Case No. 3:09-cv-01426-CRB, Docket No. 43.)

Local Rule 3-12 provides that an action is related to another when:

> (1) the actions concern substantially the same parties, property, transaction or event; and
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

1

1  Local Rule 3-12.  The court has denied petitioner's § 2255 motion
2  in his criminal case, effectively closing that action.  (<u>See</u> Case
3  No. 3:03-cr-00095 WBS, Docket No. 853.)  Further, because
4  petitioner's civil case includes separate parties, allegations,
5  and issues from his criminal case, it does not appear that there
6  will be an unduly burdensome duplication of labor if these two
7  cases are conducted before different Judges.
8         IT IS THEREFORE ORDERED that case reassignment pursuant
9  to Local Rule 3-12 is DENIED.
10 DATED:  August 28, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE