United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMR MOHSEN,

        Plaintiff,

    v.

JOEL MOSS, *et al.*,

        Defendants.
_____/

No. C-09-01426 CRB (DMR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO PRESERVE DOCUMENTS**

On February 28, 2013, *pro se* Plaintiff Amr Mohsen filed an Expedited Motion for Leave for a Court Order to the Liquidators of Howrey Simon to Preserve Documents. [Docket No. 55 ("motion for an order to preserve documents").] Plaintiff seeks an order to preserve certain documents directed to the liquidator of Howrey Simon, the law firm that represented Plaintiff's former company in the civil actions. Howrey Simon has dissolved, and another firm, Diamond McCarthy, LLP, is handling its files in bankruptcy. The documents at issue are those covered by protective orders in the civil actions *Aptix Corp., et al v. Quickturn Design Systems*, No. C-98-00762-WHA and *Aptix Corp. v. Quickturn Design Systems*, No. C-96-20909-JF.

On March 6, 2013, the court issued an order in which it directed Diamond McCarthy, LLP to file any objections to the court issuing an order directing it to preserve the documents. [Docket No. 59.] Any objections were due by no later than March 22, 2013. Diamond McCarthy, LLP did not file any objections. Accordingly, the court hereby GRANTS Plaintiff's motion for an order to

preserve documents. Diamond McCarthy, LLP is ordered to take all necessary steps to preserve the documents covered by the protective orders in *Aptix Corp., et al v. Quickturn Design Systems*, No. C-98-00762-WHA and *Aptix Corp. v. Quickturn Design Systems*, No. C-96-20909-JF.

IT IS SO ORDERED.

Dated: March 28, 2013



DONNA M. RYU
United States Magistrate Judge

2